IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:21-CR-273-RAH |
| | ) [18 U.S.C. § 1709] |
| LILLIAN SIRINTIP ACCETTURA | ) |

INFORMATION

The United States Attorney charges:

COUNT 1
(Theft of Mail Matter by a Postal Employee)

Beginning at an unknown date, and continuing to on or about January 14, 2020, in Barbour County, within the Middle District of Alabama, the defendant,

LILLIAN SIRINTIP ACCETTURA,

a United States Postal Service employee, did embezzle packages intended to be conveyed by mail which had come into the defendant's possession, and did steal, abstract and remove United States currency contained therein, in violation of Title 18, United States Code, Section 1709.

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY

_____
Brandon W. Bates
Assistant United States Attorney