IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr273-RAH |
| | ) | |
| LILLIAN SIRINTIP ACCETTURA | ) | |

# **O R D E R**

Pursuant to 18 U.S.C. § 3663A, restitution is mandatory in this case. During the sentencing hearing on September 29, 2021, however, the issue of restitution was not resolved. Instead, the parties requested the Court set a restitution hearing to give them an opportunity to determine the amount owed in restitution. *See* 18 U.S.C. § 3664(d)(5).

On November 21, 2021, the parties filed a joint statement agreeing that the Defendant shall pay restitution in the amount of $11,993.08 to Tractor Supply Company, Store 1453. Specifically, the Defendant agreed to pay $2,304 upon receipt of the money that was received at the time of the investigation and to thereafter make monthly payments in the amount of $100. The restitution hearing, therefore, was cancelled.

Accordingly, for good cause, it is

ORDERED as follows:

1. The September 29, 2021 Oral Motion to seize funds from the Defendant is GRANTED;

2. To the extent the joint statement includes a request for this Court to enter an order setting restitution, the Motion for Order (Doc. 29) is GRANTED;

3. The Defendant shall pay restitution in the amount of $11,993.08 to Tractor Supply Company, Store 1453, in the manner agreed upon by the parties.

4. If restitution becomes delinquent or in default, the Defendant may be subject to penalties.  *See* 18 U.S.C. § 3612(6).

DONE, on this the 20th day of December, 2021.

_____/s/ R. Austin Huffaker, Jr._____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE